# United States District Court
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| JOHN S. VANDERBOL III and ERICA QUINN, | § § § | |
| Plaintiffs, | § § | ACTION NO. 4:19-CV-119 |
| v. | § § | JUDGE MAZZANT/JUDGE JOHNSON |
| STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, *et al.*, | § § § § | (CONSOLIDATED 4:19-CV-120) |
| Defendants. | § | |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On June 24, 2019, the Magistrate Judge entered proposed findings of fact and recommendations (Dkt. #36) that *pro se* Plaintiffs John S. Vanderbol III and Erica Quinn (together, "Plaintiffs") Motions for Sanctions Pursuant to Rule 11b of the Federal Rules of Civil Procedure (the "Motions for Sanctions") (4:19-cv-119, Dkt. 26; 4:19-cv-120, Dkt. 27) be denied.

Having received the Report of the United States Magistrate Judge, and no timely objections being filed, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the Court. Accordingly, Plaintiffs' Motions for Sanctions (4:19-cv-119, Dkt. 26; 4:19-cv-120, Dkt. 27) are hereby **DENIED**.

**IT IS SO ORDERED**.
SIGNED this 16th day of July, 2019.

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE