# United States District Court
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| JOHN S. VANDERBOL III and ERICA QUINN, | § § § | |
| Plaintiffs, | § § | ACTION NO. 4:19-CV-119 |
| v. | § § | JUDGE MAZZANT/JUDGE JOHNSON |
| STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, *et al.*, | § § § § | (CONSOLIDATED 4:19-CV-120) |
| Defendants. | § | |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On July 26, 2019, the Magistrate Judge entered proposed findings of fact and recommendations (Dkt. #47) that Defendants State Farm Mutual Automobile Insurance Company and State Farm Fire and Casualty Company's (collectively, "Defendants") Motion to Declare Plaintiff John S. Vanderbol III a Vexatious Litigant (4:19-cv-119, Dkt. #27) be denied without prejudice.

Having received the Report of the United States Magistrate Judge, and no timely objections being filed, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the Court. Accordingly, Defendants' Motion to Declare Plaintiff John S. Vanderbol III a Vexatious Litigant (4:19-cv-119, Dkt. #27) is hereby **DENIED WITHOUT PREJUDICE**.

**IT IS SO ORDERED**.
**SIGNED** this 13th day of August, 2019.

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE