**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

| | | |
|---|---|---|
| **JOHN S. VANDERBOL III, and ERICA QUINN,** | § § § | |
| **Plaintiffs,** | § § | |
| **v.** | § § | **Civil Action No.: 4:19-cv-119-SDJ-KPJ** |
| **STATE FARM MUTUAL AUTO INS. CO.,** *et al.*, | § § § § | |
| **Defendants.** | § § | |

**MEMORANDUM ADOPTING REPORT AND
RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE**

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On November 14, 2019, the Magistrate Judge entered proposed findings of fact and recommendations (Dkt. #95) that State Farm Mutual Automobile Insurance Company and State Farm Fire and Casualty Company's (together, "State Farm Defendants") Motion for Sanctions (Dkt. #67) be denied.

Having received the Report of the United States Magistrate Judge, and no timely objections being filed, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the Court.

Accordingly, the State Farm Defendants' Motion for Sanctions (Dkt. #67) is hereby **DENIED**.

As the Magistrate Judge has ordered the Clerk of Court to seal all the Docket Entries identifying all filings containing derogatory references to Defendants' counsel, the Court finds no sanctions are appropriate at this time. *See* Dkt. #103.

**So ORDERED and SIGNED this 9th day of December, 2019.**

SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE