# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | |
|---|---|
| JOHN S. VANDERBOL III, and ERICA QUINN,<br><br>    Plaintiffs,<br><br>v.<br><br>STATE FARM MUTUAL AUTO INS. CO., *et al.*,<br><br>    Defendants. | § § § § § § § § § § § § § §  Civil Action No.: 4:19-cv-119-SDJ-KPJ |

## MEMORANDUM ADOPTING REPORT AND <u>RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE</u>

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On January 13, 2020, the Magistrate Judge entered proposed findings of fact and recommendations (Dkt. #118) that State Farm Mutual Automobile Insurance Company, State Farm Fire and Casualty Company, Michael Tipsord, Jon Charles Farney, Randall Houston Harbert, Paul Joseph Smith, and Stephen Michael Wey's (collectively, "Defendants") Motion to Strike Plaintiffs' Rule 12.1 Civil RICO Statement and Brief in Support (Dkt. #109) be granted.

Having received the Report of the United States Magistrate Judge, and no timely objections being filed, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the Court.

Accordingly, Defendants' Motion to Strike Plaintiffs' Rule 12.1 Civil RICO Statement and Brief in Support (Dkt. #109) is hereby **GRANTED**.

**IT IS THEREFORE ORDERED** that Plaintiffs' Rule 12.1 Civil RICO Case Statement (Dkt. #102) shall be stricken from the record in its entirety.

**So ORDERED and SIGNED this 31st day of January, 2020.**

SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE