# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | |
|---|---|
| **JOHN S. VANDERBOL III, and ERICA QUINN,** § § § §<br>**Plaintiffs,** § §<br>**v.** § §<br>**STATE FARM MUTUAL AUTO INS. CO.,** § § §<br>*et al.*, § §<br>**Defendants.** § | Civil Action No.: 4:19-cv-119-SDJ-KPJ |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On January 13, 2020, the Magistrate Judge entered proposed findings of fact and recommendations (Dkt. #119) that Defendant State Farm Lloyds be stricken from Plaintiffs John S. Vanderbol III, and Erica Quinn's ("Plaintiffs") Third Amended Complaint (Dkt. #99).

Having received the Report of the United States Magistrate Judge, and no timely objections being filed, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the Court.

**IT IS THEREFORE ORDERED** that Plaintiffs shall refile their Third Amended Complaint without any reference to State Farm Lloyds as a defendant in this case **by February 11, 2020**. Plaintiffs shall not make any other changes or additions to the Third Amended Complaint.

**IT IS FURTHER ORDERED** that the Clerk of Court shall remove State Farm Lloyds from the case.

**So ORDERED and SIGNED this 31st day of January, 2020.**

_____
SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE