# Exhibit.

Defendant Harbert interview given in 2017
admitting to the "reinvention" of "State Farm"

propagating the single entity tradename fraud scheme,
discussing the 'state farm group',
and insurance as "product" without divulging that each 'product' is a product
of an entirely separate company which is unsupported by the total
assets of Defendant Auto.

With audio file attached.

Notice at trial the Plaintiffs will play excerpts for admission into evidence
regarding the commission of frauds as alleged by the Plaintiffs, as an intentional act.

Case 4:19-cv-00119-SDJ-KPJ Document 134-4  Filed 04/06/20  Page 2 of 3 PageID #: 3564



ARTICLE

# CMO Rand Harbert Is An Agent Of Change For State Farm



by Alan Hart

*Creator & Host, "Marketing Today with Alan Hart"*

## Rand Harbert is CMO of State Farm at a time when the company has reinvented, or at least reimagined, the way insurance is viewed. That is,

ARTICLE

# CMO Rand Harbert Is An Agent Of Change For State Farm

by Alan Hart

*Creator & Host, "Marketing Today with Alan Hart"*





@JakeStateFarm

Rand Harbert is CMO of State Farm at a time when the company has reinvented, or at least reimagined, the way insurance is viewed. That is, instead of being there when things go wrong, it wants to be a company there when things go right. In the process, Harbert explained during this week's "Marketing Today" podcast, State Farm also wants to make clear that it offers a breadth of services that improves the quality of customers' lives.



Harbert also touched on what he learned in attendance at the recent World Economic Forum annual meeting in Davos, where the recent U.S. presidential election as perceived by international leaders, the impact of digital and data, and the importance of clean energy and the environment were among the topics.

Highlights from this week's wide-ranging, informative, and entertaining podcast also include:

* Insurance as a proactive—not reactive—resource. (1:15)
* Customer relationships across messaging and platforms. (3:59)
* Sports marketing and the last bastion of undisrupted television viewing. (12:13)
* Three takeaways from the World Economic Forum annual meeting in Davos. (15:53)
* Fuel for inspiration and an eye toward the future. (18:06)

MARKETING TODAY WITH ALAN HART
35: CMO Rand Harbert is an agent of change for State Farm Insur...

30⟳   00:00:00   ⟲30

