## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS - SHERMAN DIVISION

| | |
|---|---|
| **JOHN S. VANDERBOL III, AND ERICA QUINN**<br>        Plaintiffs,<br><br>vs.<br><br>**STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, STATE FARM FIRE AND CASUALTY COMPANY, ET AL.**<br>        Defendants | Lead Case No.: 4:19-cv-119-SDJ-KPJ<br><br>(Consolidated 4:19-CV-120)<br><br><br>JURY TRIAL DEMANDED. |

## NOTICE

Please find within this Box, filed pursuant to General Order 20-02 the following:

1. Redacted Third Amended Complaint
2. Redacted Brief in Support to Third Amended Complaint.
3. Courtesy Copy Third Amended Complaint. – Binder 1
4. Exhibits to Courtesy Copy. – Binder 2
5. Certificate of Compliance.

Please file these into the case, and submit the Courtesy Copies to the Court. These documents have been sanitized to prevent the spread of illness or disease.

Respectfully Submitted.

_____
Erica Quinn,
Petitioner, Pro Se.
ERICA@3pmg.net
3245 Main Street, Suite 235-329
Frisco, Texas. 75034.
Telephone: 940 301 9410

_____
John S. Vanderbol III,
Petitioner, Pro Se.
Federal.Case@3pmg.net
3245 Main Street, Suite 235-329
Frisco, Texas. 75034.
Telephone: 940 315 1156

## Certificate of Service

I do hereby certify on March 20, 2020 that a copy of the foregoing instrument was served on all counsel of record in accordance with the Federal Rules of Civil Procedure and in compliance with the Court's General Order Number 20-05 dated, March 25th, 2020.

| | |
|---|---|
| Erica Quinn, | John S. Vanderbol III, |
| Petitioner, Pro Se. | Petitioner, Pro Se. |
| ERICA@3pmg.net | Federal.Case@3pmg.net |
| 3245 Main Street, Suite 235-329 | 3245 Main Street, Suite 235-329 |
| Frisco, Texas. 75034. | Frisco, Texas. 75034. |
| Telephone: 940 301 9410 | Telephone: 940 315 1156 |